**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01065-RBJ

INTERNATIONAL ASSOCIATION OF CERTIFIED HOME INSPECTORS,
a Colorado nonprofit corporation,

    Plaintiff,

v.

HOMESAFE INSPECTION, INC., a Mississippi corporation incorporated in 2003;
HOMESAFE INSPECTION, INC., a Mississippi corporation incorporated in 2014; and
KEVIN SEDDON,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 33] of Judge R. Brooke Jackson entered on February 5, 2018, it is

ORDERED that Defendants' Motion to Dismiss [ECF No. 23] is GRANTED and the case is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Defendants' Motion to Dismiss or Transfer [ECF No. 14] is MOOT. It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff. It is

FURTHER ORDERED that, as the prevailing party, the defendant is awarded their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 5th day of February, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk